IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01903-RPM

BERRY & MURPHY, P.C., and
TIMOTHY H. BERRY, P.C.,

        Plaintiffs,

v.

CAROLINA CASUALTY INSURANCE COMPANY,

        Defendant.

_____

ORDER FOR RESPONSE

_____

        On October 9, 2008, plaintiffs filed a motion for preliminary injunction.  It is now

ORDERED that defendant shall file a response to the motion on or before

October 24, 2008.

        Dated: October 10th, 2008

                                                BY THE COURT:

                                                s/Richard P. Matsch

                                                _____
                                                Richard P. Matsch, Senior District Judge