IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date: December 2, 2008
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki

_____

Civil Action No. 08-cv-01903-RPM

| | |
|---|---|
| BERRY & MURPHY, P.C. and TIMOTHY H. BERRY, P.C., | Sophia H. Tsai<br>Steven J. Dawes |
| Plaintiffs, | |
| v. | |
| CAROLINA CASUALTY INSURANCE COMPANY, | Perry M. Shorris<br>Melissa W. Shisler |
| Defendant. | |

_____

## COURTROOM MINUTES
_____

### Scheduling Conference

**11:00 a.m.    Court in session.**

Court's preliminary remarks.

Court states its understanding of the case.

| | |
|---|---|
| 11:12 a.m. | Argument by Ms. Tsai. |
| 11:21 a.m. | Argument by Mr. Shorris. |
| 11:26 a.m. | Argument by Ms. Tsai. |

Court's findings as stated on record.

**ORDERED:** Defendant's Motion for Summary Judgement, filed October 24, 2008 [18], is granted.

**ORDERED:** Judgment entered in favor of defendant and case dismissed.

**ORDERED:** Motion for Preliminary Injunction, filed October 9, 2008 [7], is moot.

**ORDERED:** Motion for Leave to File An Amended Complaint, filed October 16, 2008 [15], is moot.

**ORDERED:** Plaintiffs' Cross Motion for Partial Summary Judgment, filed November 13, 2008 [25], is denied.

**11:30 a.m.    Court in recess.**    Hearing concluded. Total time: 30 min.