IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01903-RPM

BERRY & MURPHY, P.C., and
TIMOTHY H. BERRY, P.C.,

    Plaintiffs,

v.

CAROLINA CASUALTY INSURANCE COMPANY,

    Defendant.

---

ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

---

    Pursuant to the Court's oral findings and conclusions made at the hearing today, it is

    ORDERED that defendant's motion for summary judgment is granted and the Clerk is directed to enter a judgment dismissing this action.

    Dated: December 2nd, 2008

                          BY THE COURT:

                          s/Richard P. Matsch

                          _____
                          Richard P. Matsch, Senior District Judge